**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**v.**               **Case No: 6:14-cv-1773-Orl-31GJK**

**ERIC HOBBS,**

   **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court on periodic review. On April 14 2015, the Court entered an order (the "Order") denying Plaintiff's Motion for Entry of Default Judgment (Doc. No. 11), because Plaintiff had not sufficiently demonstrated that it was entitled to the damages it requested. Doc. No. 12. The Court directed Plaintiff to file a renewed motion on or before April 27, 2015, that addressed the issues identified in the Order. *Id*. at 7.[1] The Court admonished Plaintiff that failure to file the renewed motion within the time provided "may result in the case being dismissed without further warning." *Id*. Plaintiff has not filed a renewed motion for default judgment, and the time for doing so has passed. Given the Court's admonishment and Plaintiff's failure to file a renewed motion in the time provided (or a motion for an extension of time), the undersigned finds that the case is due to be dismissed without prejudice for failure to comply with the Court's Order. Fed. R. Civ. P. 41(b).

---

[1] Plaintiff has not requested an extension of time in which to file a renewed motion.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for failure to comply with a court order; and

2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 29, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for failure to comply with a court order; and

2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 29, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy