# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                              **Case No:   6:14-cv-1773-Orl-31GJK**

**ERIC HOBBS,**

    **Defendant.**

## ORDER

Upon consideration of the Report and Recommendation entered by the magistrate judge (Doc. 13), to which no objection has been filed, it is

**ORDERED** that

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. This case is **DISMISSED** without prejudice for failure to prosecute

3. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 3, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party